**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOEL RIGGS, | ) | |
| | ) | 1:21-cv-01686 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

Joel Riggs, through undersigned counsel states as follows:

1. The parties have reached a settlement.

2. The parties are to bare their own costs.

3. This matter is to be dismissed with prejudice.

Wherefore, Joel Riggs respectfully requests that this Court enter an Order dismissing this case with prejudice.


Ted Chakos                                      Respectfully Submitted,
CTM Legal Group
77 W. Washington St. STE 2120                   Joel Riggs
Chicago, Illinois 60602
tchakos@ctmlegalgroup.com                       By: /s/ Ted Chakos
(312) 818-6759                                  One of his attorneys
ARDC 6323719